IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH CERVANTES,

      Petitioner,                    No. CIV S-05-1620 DFL GGH P

    vs.

PLACER COUNTY SUPERIOR COURT,

      Respondent.                  ORDER

_____/

        By order filed October 13, 2005, the "petition for writ of mandate" was dismissed with 30 days' leave to file an application for writ of habeas corpus, pursuant to 28 U.S.C. Section 2254, or a civil rights action, under 42 U.S.C. Section 1983.  When the 30-day period expired without petitioner's having filed an application for writ of habeas corpus, a civil rights action, or any other response, the undersigned recommended dismissal of this action.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        Petitioner filed timely a letter, which the court will construe as objections, wherein he avers that he had never received the underlying order on which the findings and recommendations were based because he was denied access to his legal mail by his parole officer, who had told him that he would not be allowed court mail until after petitioner had

paroled. Petitioner appears to have included the name of a parole officer but does not include any evidence in support of this alleged and anomalous denial of access to his legal mail. Further, petitioner has evidently not yet paroled but has nevertheless been given access to the findings and recommendations, which undercuts his stated reason for not having received mail in this case earlier.

Although petitioner's representations are not particularly satisfactory, or even credible, the court will grant petitioner's request to vacate the findings and recommendations and will direct that he be re-served another copy of the October 13, 2005 order (and the forms set forth therein). Petitioner will have 30 days from the date of this order to comply fully with the October 13, 2005 order. There will be no further extension of time.

Should petitioner fail to file either a habeas petition (28 U.S.C. 2254) or a civil rights action (42 U.S.C. § 1983) timely, or should the response be otherwise lacking, i.e., failing to include either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee, the court will once again recommend dismissal.

Accordingly, IT IS ORDERED that:

1. The January 5, 2005 Findings and Recommendations are vacated;

2. The Clerk of the Court is directed to once again re-serve petitioner with the Order, filed on October 13, 2005, along with the forms referenced therein;

3. Petitioner is granted 30 days from the date of this order to fully comply with the October 13, 2005 order; failure to do so will result in a recommendation of dismissal of this action; and

4. There will be no further extension of time.

DATED: 3/6/06

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009 - cerv1620.vac