IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH CERVANTES,

        Petitioner,                    No. CIV S-05-1620 DFL GGH P

    vs.

PLACER COUNTY SUPERIOR COURT,

        Respondent.              FINDINGS & RECOMMENDATIONS

_____/

        On March 7, 2006, petitioner was granted a thirty day period to file an application for writ of habeas corpus, pursuant to 28 U.S.C. Section 2254, or a civil rights action, under 42 U.S.C. Section 1983. The thirty day period has now expired, and petitioner has not filed an application for writ of habeas corpus, a civil rights action, or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written

1

objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 6/8/06

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
cerv1620.ord3